# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEI-GSR HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AM-GSR HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY; GRAND SIERRA RESORT UNIT OWNERS' ASSOCIATION, A NEVADA NON-PROFIT ORGANIZATION; AND GAGE VILLAGE COMMERCIAL DEVELOPMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

ALBERT THOMAS; JANE DUNLAP; JOHN DUNLAP; BARRY HAY; MARIE-ANNIE ALEXANDER AS TRUSTEE OF THE MARIE-ANNIE ALEXANDER LIVING TRUST; MELISSA VAGUJHELYI AND GEORGE VAGUJHELYI, AS CO-TRUSTEES OF THE GEORGE VAGUJHELYI AND MELISSA VAGUJHELYI 2001 FAMILY TRUST AGREEMENT U/T/A APRIL 13, 2001; D'ARCY NUNN; HENRY NUNN; LEE VAN DER BOKKE; MADELYN VAN DER BOKKE; DONALD SCHREIFELS; ROBERT R. PEDERSON, INDIVIDUALLY AND AS TRUSTEE OF THE PEDERSON 1990 TRUST; LOU ANN PEDERSON, INDIVIDUALLY AND AS TRUSTEE OF THE PEDERSON 1990 TRUST; LORI ORDOVER; WILLIAM A. HENDERSON; CHRISTINE E. HENDERSON; LOREN D. PARKER; SUZANNE C. PARKER; MICHAEL IZADY; STEVEN TAKAKI; FARAD TORABKHAN; SAHAR TAVAKOL; M & Y HOLDINGS, A NEVADA LIMITED LIABILITY

No. 69184

FILED

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

16-03301

COMPANY; JL & YL HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY; SANDI RAINES; R. RAGHURAM; USHA RAGHURAM; LORI K. TOKUTOMI; GARETT TOM; ANITA TOM; RAMON FADRILAN; FAYE FADRILAN; PETER K. LEE AND MONICA L. LEE, AS TRUSTEES OF THE LEE FAMILY 2002 REVOCABLE TRUST; DOMINIC YIN; ELIAS SHAMIEH; NADINE'S REAL ESTATE INVESTMENTS, LLC, A NORTH DAKOTA LIMITED LIABILITY COMPANY; JEFFERY JAMES QUINN; BARBARA ROSE QUINN; KENNETH RICHE; MAXINE RICHE; NORMAN CHANDLER; BENTON WAN; TIMOTHY KAPLAN; SILKSCAPE INC., A CALIFORNIA CORPORATION; PETER CHENG; ELISA CHENG; GREG A. CAMERON; TMI PROPERTY GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; RICHARD LUTZ; SANDRA LUTZ; MARY A. KOSSICK; MELVIN H. CHEAH; DI SHEN; AJIT GUPTA; SEEMA GUPTA; FREDRICK FISH; LISA FISH; ROBERT A. WILLIAMS; JACQUELIN PHAM; MAY ANN HOM, AS TRUSTEE OF THE MAY ANN HOM TRUST; MICHAEL HURLEY; DUANE WINDHORST; MARILYN WINDHORST; VINOD BHAN; ANNE BHAN; GUY P. BROWNE; GARTH WILLIAMS; PAMELA Y. ARATANI; DARLEEN LINDGREN; LAVERNE ROBERTS; DOUG MECHAM; CHRISINE MECHAM; KWANGSOO SON; SOO YEUN MOON; JOHNSON AKINDODUNSE; IRENE WEISS, AS TRUSTEE OF THE WEISS FAMILY

SUPREME COURT
OF
NEVADA

(O) 1947A

2

TRUST; PRAVESH CHOPRA; TERRY POPE; NANCY POPE; JAMES TAYLOR; RYAN TAYLOR; KI HAM; YOUNG JA CHOI; SANG DAE SOHN; KUK HYUNG, "CONNIE"; SANG "MIKE" YOO; BRETT MENMUIR, AS TRUSTEE OF THE CAYENNE TRUST; WILLIAM MINER, JR.; CHANH TRUONG; ELIZABETH ANDERS MECUA; SHEPARD MOUNTAIN, LLC, A TEXAS LIMITED LIABILITY COMPANY; ROBERT BRUNNER; AMY BRUNNER; JEFF RIOPELLE; PATRICIA M. MOLL; AND DANIEL MOLL,

Respondents.

## ORDER DISMISSING APPEAL

This is an appeal from a default judgment. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

On December 22, 2015, this court entered an order to show cause directing appellants to show cause why the appeal should not be dismissed as premature. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellants have responded to our order and concede that the appeal is premature at this point. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Elliott A. Sattler, District Judge
Lansford W. Levitt, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Cohen-Johnson LLC
Law Offices of Mark Wray
Robertson, Johnson, Miller & Williamson
Washoe District Court Clerk